UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:12-CR-15-1BO

UNITED STATES OF AMERICA

v.

DANIEL JACKSON PETERSON

ORDER

This matter is before the Court on the government's motion for a psychological or psychiatric evaluation pursuant to 18 U.S.C. §§ 4241 and 4247. In light of the arguments and the evidence presented at the hearing conducted before the undersigned on March 18, 2013, the court ALLOWS the government's motion [DE 28]. It is hereby ordered that:

Defendant is be examined by at least one qualified psychiatrist or psychologist under the provisions of 18 U.S.C. § 4241 to determine whether defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. The examining psychiatrist or psychologist shall prepare a written report containing the information designated in 18 U.S.C. § 4247(c)(1), (2), (3), and (4)(A). The report shall be filed with the Court and copies served on counsel for defendant and the government as provided by 18 U.S.C. § 4247(c). Defendant's counsel shall be accorded continued access to defendant during the evaluation period.

Pursuant to 18 U.S.C. § 4247(b), defendant is hereby committed to the custody of the

Attorney General for a period not to exceed forty five (45) days from the date of this order.

SO ORDERED, this __19__ day of March, 2013.

                                      */s/ Terrence Boyle*
                                      TERRENCE W. BOYLE
                                      UNITED STATES DISTRICT JUDGE